IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:04CR575 |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| v. | ) | |
| LEOPOLDO GONZALEZ, | ) | |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |

1. On July 5, 2005, this Court, subject to the provisions of 18 U.S.C. § 2253(m), initially forfeited the following assets:

   a. Compaq Laptop computer, Serial #CNF325308C;

   b. HP Pavillion MX 703 Monitor, Serial #319765-001; and,

   c. HP Pavillion CPU Serial #MXP336021B,

2. Pursuant to 18 U.S.C. § 2253(m) third parties asserting a legal interest in the initially forfeited vehicle are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Daily Legal News</u> on July 29, August 5, and August 12, 2005. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject properties.

4. No claims to the initially forfeited properties have been made by third parties.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

The following assets are hereby finally forfeited to the United States, pursuant to 18 U.S.C. § 2253, for disposition in accordance with law:

    a. Compaq Laptop computer, Serial #CNF325308C;

    b. HP Pavillion MX 703 Monitor, Serial #319765-001; and,

    c. HP Pavillion CPU Serial #MXP336021B.

IT IS SO ORDERED this 15th day of Sept., 2005.

JOHN ADAMS
UNITED STATES DISTRICT JUDGE